No. 1231. LEVERS, ADMINISTRATOR, *v.* ANDERSON, DISTRICT SUPERVISOR. June 10, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Huston Thompson* and *Hugh H. Obear*

for petitioner. *Solicitor General McGrath* and *Assistant Attorney General Berge* for respondent.

